UNITED STATES *versus* THREE PIECES BLUE CLOTH CONTAINING THIRTY-SEVEN AND ONE-FOURTH YARDS, FIVE PIECES MERRIMACK CONTAINING ONE HUNDRED AND TWENTY AND ONE-HALF YARDS, TWELVE AND THREE-FOURTHS YARDS STROUDING, TWELVE PIECES CALICO CONTAINING TWO HUNDRED AND FORTY YARDS, SIX SHAWLS, AND EIGHT BLANKETS, CLAIMED BY WILLIAM S. ABBOTT AND JAMES COOK. 

JOURNAL ENTRIES: (1) Dec. 11, 1832: libel filed, time fixed for trial, notice ordered published; (2) Dec. 27, 1832: publication proved, proclamation made; (3) Dec. 31, 1832: motion for judgment; (4) Jan. 5, 1833: claim and bond filed, claimants allowed to prosecute claim; (5) May 10, 1833: attendance of witnesses proved; (6) Jan. 9, 1834: motion for continuance granted, motion for restoration to claimants, attendance of witnesses proved; (7) Jan. 13, 1834: attendance of witness proved; (8) Jan. 14, 1834: attendance of witness proved; (9) June 3, 1834: jury trial, verdict for claimants; (10) June 4, 1834: motion for certificate of probable cause for seizure; (11) June 20, 1834: reasonable cause certified; (12) June 28, 1834: property ordered delivered to claimants.

PAPERS IN FILE (1832–34): (1) Libel; (2) published notice, proof of publication and posting; (3)

affidavit of Thomas S. Knapp; (4) claim, claimant's bond; (5) claimant's plea; (6–11) subpoenas; (12) affidavit of Antoine Peltier; (13) motion for restoration to claimants; (14–17) subpoenas.
*File No. 77.*